Alexander D. Terepka (CSB# 288243)
alex@wtlaw.com
WATSTEIN TEREPKA LLP
1550 Howell Mill Road, Eighth Floor
Atlanta, GA 30318
Telephone: (404) 782-9821
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD TUSO, individually on behalf of all others similarly situated,

    Plaintiffs,

v.

SUN RIDGE REAL ESTATE, INC., a California corporation, and AIDAN BURLESON, a California individual,

    Defendants.

Case No. 2:23-cv-00409-TLN-JDP

**ORDER GRANTING DEFENDANT'S NOTICE OF**
**REQUEST TO SEAL EXHIBIT "A" TO ITS MOTION TO DISMISS**

    Before the Court is Defendant Sun Ridge Real Estate, Inc.'s ("Sun Ridge") a request to seal Exhibit "A" of its Motion to Dismiss. The Court grants the Motion.

    This Court has recognized a category of documents that is not subject to the right of public access because the documents have "traditionally been kept secret for important policy reasons." *Times Mirror Co. v. United States*, 873 F.2d 1210, 1219 (9th Cir. 1989).  Federal "courts have refused to permit their files to serve … as sources of business information that might harm a litigant's competitive standing." *Nixon v. Warner Commc'ns*, 435 U.S. 589, 598 (1978).  California federal courts thus routinely find compelling reasons to seal documents containing confidential business information.  *See generally HotSpot Therapeutics, Inc. v. Nurix Therapeutics, Inc.*, 2023 WL 3259471, at *2 (N.D. Cal. May 3, 2023) (collecting cases); *Regis Metro Assoc. v. NBR Co.*, 2022 WL 267443, at *14 (N.D. Cal. Jan 28, 2022) (granting motion to seal because "[a]ll of the documents contain sensitive business information or may be subject to confidentiality agreements"); *Nicolosi*

- 2 -

*Distrib., Inc. v. Finishmaster, Inc.*, 2018 WL 10758114, at *2 (N.D. Cal. Aug. 28, 2018) (applying compelling reason standard and determining "compelling reasons exist to seal [contracts] because they contain proprietary and confidential business information, including potential trade secrets and business practices, such as product rates and purchase requirements.")

Here, Sun Ridge moves to seal confidential and proprietary business information used at realtor training programs available only to those who pay a fee and agree not to share the materials. The Court agrees that these materials should be sealed under the well-established authority described above.

Accordingly, it is HEREBY ORDERED that:

1. Sun Ridge's request to file Exhibit A to its Motion to Dismiss under seal is granted.

IT IS SO ORDERED.

Dated: June 12, 2023

Troy L. Nunley
United States District Judge